# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**ROBERT PAUL GROUT**                                                                              **PLAINTIFF**

**V.**                               **CASE NO. 3:21-CV-3071**

**CPT. J. LOOKINGBILL and**
**SGT. CHAPMAN**                                                               **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on October 20, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**, and pursuant to 28 U.S.C. § 1915(g), the Clerk is **DIRECTED** to place a strike flag on the case.

**IT IS SO ORDERED** on this 10th day of November, 2021.

                                                        */s/ Timothy L. Brooks*
                                                        TIMOTHY L. BROOKS
                                                        UNITED STATES DISTRICT JUDGE